# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W,

    Petitioners

    v.

JOSEPH R. VIOLA, ESQUIRE, ADMINISTRATOR OF THE ESTATE OF LOUIS MENAPACE, IV, DECEASED,

    Respondent

: No. 508 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

-----------------------------------------------------------

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W

    v.

LOUIS MENAPACE, IV, LOUIS MENAPACE AND CAROL MENAPACE

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W

    v.

JOSEPH R. VIOLA, ESQUIRE, ADMINISTRATOR OF THE ESTATE OF LOUIS MENAPACE, IV, DECEASED ---------
-----------------------------------------------------------
------------------------------- ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W,

    Petitioners

: No. 509 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

                                                            :

:

:

:

        v.                                           :

:

:

LOUIS MENAPACE, IV, LOUIS            :
MENAPACE, AND CAROL MENAPACE,   :

:

             Respondents         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.